# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

KAREN THRASHER,               )
                                   )
        Plaintiff,             )
                                   )
v.                              )     Case No. 3:03-706
                                   )     Haynes/Griffin
SUNTRUST BANKS, INC., EMPLOYEE   )
BENEFIT PLAN, and PROVIDENT     )
LIFE AND ACCIDENT INSURANCE    )
COMPANY,                      )
                                   )
        Defendants.          )

## O R D E R

In accordance with the Memorandum filed herewith, Plaintiff's motion for attorneys' fees (Docket Entry No. 31) is **GRANTED** in the amount of six thousand six hundred and fifty dollars ($6,650.00) in fees, and two hundred dollars ($200.00) in costs, but is **DENIED** as to all other fees and costs.

This is the **FINAL ORDER** in this action.

It is so **ORDERED.**

**ENTERED** this the _26th_ day of January, 2006.

William J. Haynes, Jr.
United States District Judge